992 A.2d 791

STATE OF NEW JERSEY, PLAINTIFF, v. MARK
NEWTON, DEFENDANT–MOVANT.

April 22, 2010.

ORDERED that the motion for leave to appeal is granted and the matter is summarily reversed and remanded to Appellate Division for assignment of *pro bono* counsel and free transcripts.

992 A.2d 791

CHRISTOPHER WENGER AND JENNIFER WENGER,
PLAINTIFFS–RESPONDENTS, v. CARDO WINDOWS,
INC., ET AL., DEFENDANTS–MOVANTS.

April 22, 2010.

ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.